

www.millerlaw.nyc

Meredith R. Miller, Esq.

Miller Law, PLLC
167 Madison Avenue, Suite 503
New York, NY 10016

**Tel:** (347) 878-2587
**Fax:** (866) 495-6719
meredith@millerlaw.nyc

October 23, 2018

**Via ECF**
Honorable Robert W. Lehrburger
United States District Courthouse
Southern District of New York
500 Pearl Street
Room 1960
New York, NY 10007

      Re:   *Vaca, et al. v. Phoenix ACT Construction Servs., LLC., et al.,*
              **Docket No. 18-cv-00207 (PGG)(RWL)**

Dear Judge Lehrburger:

    We are co-counsel for Plaintiffs in the above-referenced action. We write jointly with Defendants' counsel in further support of our application for approval of the parties' Settlement Agreement (the "Agreement") (dkt #41), and to address the Court's October 23, 2018 order (dkt #42).

    Please be advised that, through the undersigned counsel, the parties agree that Paragraph 10 of the Agreement is hereby expressly revised to recognize the exception that the Agreement and its terms may be used as evidence in any proceeding to enforce the Agreement.

    Thank you for Your Honor's consideration.

Respectfully submitted,

| | |
|---|---|
| MILLER LAW, PLLC | KAUFMAN DOLOWICH VOLUCK |
| /s/ | /s/ |
| BY: Meredith R. Miller | BY: Aaron Solomon |
| 167 Madison Avenue, Suite 503 | 135 Crossways Park Drive, Suite 201 |
| New York, New York 10010 | Woodbury, New York 11797 |
| (347-878-2587 | (516) 283-8727 |